| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>PARKER, JAMES A | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>421 Gold Ave., S.W.<br>ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP Family, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR -9 A 9: 44 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | O | T | | | | | |
| 2. General Electric | C | Dividend | M | T | | | | | |
| 3. BankAmerica | F | Dividend | P1 | T | Sold (Part) | 07/19 | L | D | Open Market |
| 4. U.S. Treas Notes | E | Interest | N | T | | | | | |
| 5. Checking Acct.-(JAP ▮▮▮▮ BkAmerica-Albuquerque, NM | A | Interest | K | T | | | | | |
| 6. Check Acct Bk.Am. (Undivided 50%) | A | Interest | | | Closed | 12/15 | J | A | |
| 7. Agency Acct(JAP&BPW) JPMorgan Private Bank, TX | A | Interest | J | T | | | | | |
| 8. Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 9. Parcel #2, Harris Co., TX (Undivided 50%) | | None | | | Sold | 03/01 | N | G | The Palms Office CondosLLC |
| 10. Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | | | | | |
| 11. Parcel #2, Brazoria Co., TX (Undivided 50%) | | None | | | Sold | 09/18 | J | D | Frank & Jeremy Miska |
| 12. Parcel #1, Live Oak Co., TX (Undivided 50%) | D | Rent | M | S | | | | | |
| 13. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 14. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 15. Promissory Note-Receivable (Undivided 20%) | C | Interest | | | Paid Off | 03/21 | M | G | Moyer Land Ltd. |
| 16. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 17. LOUISIANA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  State leases, St. Bernard Parish | | None | | | Destroyed | 2005 | | | Wells destroyed by Katrina |
| 19.  Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 20.  VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 21.  TEXAS | | | | | | | | | |
| 22.  Dobie Ranch, Live Oak Co. | E | Royalty | M | W | | | | | |
| 23.  COLORADO | | | | | | | | | |
| 24.  O.R.R.I. & R.I., Weld, Adams, & Arapahoe Cos. | F | Royalty | O | U | Bought part | 05/01 | O | | John R. Wallace |
| 25.  MINERAL WORKING INTERESTS: | | | | | | | | | |
| 26.  Wells, Adams Co., CO. | G | Distribution | L | U | | | | | |
| 27.  Well, Arapahoe Co, CO. | E | Distribution | J | U | | | | | |
| 28.  Wells, Washington Co., CO | E | Distribution | K | U | | | | | |
| 29.  Well, Weld Co., CO. | | None | | | Well plugged | 2006 | | | |
| 30.  Well, Elbert Co., CO | D | Distribution | J | U | | | | | |
| 31.  Wells, Stark Co., N.D. | G | Distribution | O | U | | | | | |
| 32.  Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | C | Rent | M | S | | | | | |
| 33.  Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | J | T | | | | | |
| 34.  Home Depot | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer, Inc. | C | Dividend | M | T | | | | | |
| 36. Emerson Elec. | A | Dividend | K | T | | | | | |
| 37. Partnerre Hold | A | Dividend | K | T | | | | | |
| 38. Intel | C | Dividend | M | T | Sold (Part) | 007/1 | K | | Open Market |
| 39. Cisco Systems Inc | | None | N | T | Sold (Part) | 07/19 | K | A | Open Market |
| 40. Tiffany & Co. | A | Dividend | | | Sold | 07/26 | K | E | Open Market |
| 41. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 42. Staples, Inc. | B | Dividend | M | T | | | | | |
| 43. Clear Channel Comm., Inc. | A | Dividend | | | Sold | 07/26 | J | | Open Market |
| 44. Analog Devices,Inc. | A | Dividend | | | Sold | 07/26 | K | | Open Market |
| 45. St. Paul Co.,Inc. | A | Dividend | | | Sold | 07/26 | K | | Open Market |
| 46. Transocean Sedco,Inc. | A | Dividend | K | T | | | | | |
| 47. Verizon Global Note | B | Interest | K | T | | | | | |
| 48. Wells Fargo & Co Note | B | Interest | K | T | | | | | |
| 49. Fed Home LN MTG Bank Note | A | Interest | | | Matured | 05/15 | K | | |
| 50. Bank of America Certificates of Deposit | D | Interest | M | T | | | | | |
| 51. Franklin Global LG Cap Fund | B | Interest | N | T | Buy Addition | 07/25 | M | | Open Market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   CCCSpinco(Live Nation) | | None | | | Sold | 05/08 | J | A | Open Market(Name changed) |
| 53.   MSCI EAFE Index Fund | A | Dividend | L | T | Bought | 04/06 | L | | Open Market |
| 54.   MSCI Emerging Mkt Index Fund | A | Dividend | K | T | Bought | 04/06 | K | | Open Market |
| 55.   CJS Denver Holdings, LLC | | | O | U | Bought | 2005 | O | | CJS Denver Holdings, LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2006 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, and Church of the Holy Comforter.

During 2006 I made gifts exceeding $1,000.00 in value of interests in our ▇▇▇ LLC to ◀▇▇▇▇▇▇▇▇▇▇ and to each of ◢▇▇▇▇▇▇▇

The securities shown on lines 1-4 and 34-54 of Section VII were held during 2006 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 7, Section VII) is an account in which ▇▇▇▇▇▇ I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 18-20, Section VII). The wells on leases in St. Benard Parish were destroyed by Hurricane Katrina and did not produce during 2006 and probably will not produce again. The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 7, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 18-20 of Section VII.

Value code S was used for the following properties:

| | | | |
|---|---|---|---|
| Line 8 | Parcel | #1, Harris Co., TX | $335, 850 (My 50%=$167,925) |
| Line 10 | Parcel | #3, Harris Co., TX | $111,300 (My 50%= $55,650) |
| Line 12 | Parcel | #1, Live Oak Co., TX | $39,210 (My 50%= $19,605) |
| Line 13 | Parcel | #1, Bernalillo Co., NM | $157,800 (My 25%= $39,450) |
| Line 14 | Parcel | #2 Bernalillo Co., NM | $63,700 (My 50%= $36,850) |

Effective May 1, 2006 JPFP Family, LLC purchased various overriding royalty interests, royalty interests, and leasehold interests in Adams, Weld, and Arapahoe Counties, Colorado in value code O from John R. Wallace. These interests were added to the overriding royalty interest in Weld County that was shown in prior reports. (line 24, Section VII)

During 2006 the well in Weld Co., Colorado did not produce and was plugged. (line 29, Section VII)

Sales of the stocks reported on lines 38, 43, 44, and 45 of Section VII resulted in losses, not gains.

During 2006 I received refunds for overpayment of state taxes from New Mexico and Colorado within income code C and from North Dakota within income code B. JPFP Family, LLC received a refund from Texas within income code B for overpayment of a state franchise tax.

Effective November 2, 2005 JPFP Family, LLC acquired a membership interest in CJS Denver Holdings, LLC in value code O.
(line 55, Section VII) The reporting of this 2005 year end acquisition was overlooked on my 2005 report. This asset produced no income in either 2005 or 2006 and it had the same value at the end of 2005 and the end of 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur                                            Date  04/04/07

NOTE:                              TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544